RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MONIQUE KIRTLEY
411 E. Bonneville Avenue, Ste. 250
Las Vegas, Nevada 89101
Tel: (702) 388-6577
Fax: (702)388-6261

Attorney for:
MICHAEL TROY SLOTERDIJK

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL TROY SLOTERDIJK,<br><br>Defendant. | Case No.: 2:15-mj-372-GWF<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Kathryn C. Newman, Assistant United States Attorney, counsel for the United States of America, Rene L. Valladares, Federal Public Defender, and MONIQUE KIRTLEY, Assistant Federal Public Defender, counsel for MICHAEL TROY SLOTERDIJK, that the Preliminary Hearing currently scheduled on Monday, June 15, 2015 at 4:00 p.m., be vacated and be continued to a date and time convenient to the Court, but no longer than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The parties have reached a negotiated resolution to this case, which may obviate the need to proceed to trial.

2. The defendant is at liberty, resides and is employed outside the state of Nevada.

3. The parties are in agreement to the continuance.

4. Additional time is needed for the client to receive, review, discuss and sign the agreement since he is currently employed in a remote location in Alaska.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

This is the second request for a continuance of the preliminary hearing.

DATED   June 12, 2015

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN,<br>United States Attorney |
| By:  /s/ Monique Kirtley<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender | By:  /s/ Katheryn Newman<br>KATHRYN C. NEWMAN<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL TROY SLOTERDIJK,<br><br>　　　　Defendant. | Case No.:2:15-mj-372-GWF<br><br>ORDER |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties have reached a negotiated resolution to this case, which may obviate the need to proceed to trial.

2. The defendant is at liberty, resides and is employed outside the state of Nevada.

3. The parties are in agreement to the continuance.

4. Additional time is needed for the client to receive, review, discuss and sign the agreement since he is currently employed in a remote location in Alaska.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

This is the second request for a continuance of the preliminary hearing.

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

1  The continuance sought herein is excludable under the Speedy Trial Act, title 18, United
2  States Code, Section 3161(h)(1)(A), 3161(h)(7) and Title 18 United States Code, §§ 3161 (h)(7)(A),
3  when the considering the facts under Title 18, United States Code, §§ 316(h)(7)(B) and
4  3161(h)(7)(B)(iv).

**ORDER**

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on Monday, June 15, 2015 at 4:00 p.m., be vacated and continued to Wednesday, July 15, 2015 at the hour of 4:00 p.m.

DATED this 15th day of June, 2015.

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE